**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305**
**Garden City, New York 11530**
**(516) 742-5600 Fax (516) 742-5040**
**Email: JSWallensteinEsq@outlook.com**

April 25, 2020

**BY ECF**

Hon. Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

      Re:   United States v. Vaughn Stokes
              Docket # 16 CR 666 (KMK)

Dear Judge Karas,

I represented Vaughn Stokes in this indictment before Your Honor, pursuant to a CJA appointment. Mr. Stokes was sentenced on July 12, 2018 to a term of imprisonment of 60 months.

Mr. Stokes is presently serving his sentence at FCI Danbury, one of the institutions identified by the BOP as a "hotspot" for the novel coronavirus. Mr. Stokes has contacted me, seeking to be released to home confinement for the duration of the crisis or for compassionate release based on his medical issues; he has recently been hospitalized for pneumonia and other respiratory issues, and is at high risk of contracting the virus.

Although the warden of FCI Danbury has been contacted in writing, as of this date no action has been taken. In order for me to prepare and pursue an application for compassionate release, I respectfully request that the Court re-appoint me as CJA counsel to represent Mr. Stokes for this purpose, *nunc pro tunc* to April 19, 2020, which is the date on which Mr. Stokes first contacted me.

Thank you for your courtesy and consideration.

Granted.

So Ordered.

JSW/hs

4/27/20

Respectfully yours,

JOHN S. WALLENSTEIN